PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 1:23-cr-00166-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO SCHEDULE ARRAIGNMENT ON INFORMATION AND CHANGE OF PLEA; ORDER |
| v. | |
| RUBEN MIRELES | |
| Defendant. | |

The parties have filed a plea agreement to resolve this case. The defendant, Ruben Mireles, agrees to waive his right to indictment and proceed by information. Therefore, the case can be set for an arraignment on the information and change of plea hearing before the Honorable Jennifer L. Thurston on September 25, 2023, at 10:00 a.m.

///

///

///

///

///

IT IS SO STIPULATED.

Dated:  September 2, 2023        */s/ Michael Johnson*
                                 MICHAEL JOHNSON
                                 Counsel for Ruben Mireles


Dated:  September 2, 2023        */s/ Joseph Barton*
                                 JOSEPH BARTON
                                 Assistant United States Attorney

ORDER

Upon the parties' stipulation and for good cause shown, this case is set for an arraignment on the information and change of plea hearing on September 25, 2023, at 10:00 a.m., before the Honorable Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:  **September 7, 2023**                    [signature]
                                                 UNITED STATES DISTRICT JUDGE